IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KIM CAMILLE FLORENCE, | * |
| Petitioner, | * |
| vs. | * |
| Sheriff GREG COUNTRYMAN, | *  CASE NO. 4:23-cv-125-CDL-MSH |
| Respondent. | * |
| | * |

O R D E R

Currently pending before the Court is Petitioner Kim Camille Florence's motion to vacate this Court's Order denying her motion for reconsideration.  Petitioner's motion to vacate also asks this Court to grant Petitioner a hearing.  The Court has reviewed Petitioner's assertions and finds them to be duplicative of her other filings and without merit.  Accordingly, Petitioner's motion (ECF No. 35) is denied.

IT IS SO ORDERED, this 18th day of January, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA