IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KIM CAMILLE FLORENCE, | * |
| Petitioner, | * |
| vs. | * |
| Sheriff GREG COUNTRYMAN, | *   CASE NO. 4:23-cv-125-CDL-MSH |
| Respondent. | * |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 9, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 3rd day of April, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA